**SAO**
Paul D. Powell (7488)
Jonathan Powell (9153)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Phone: 702.728.5500 | Fax: 702.728.5501
paul@tplf.com | jonathan.powell@tplf.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON ANDREWS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant. | Case No. 2:24-cv-02333-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO OPPOSE DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND, THIRD, AND FOURTH CAUSES OF ACTION AND REQUEST TO STRIKE PLAINTIFF'S PRAYER FOR PUNITIVE DAMAGES AND ATTORNEY'S FEES**<br>**(FIRST REQUEST)** |

On December 20, 2024, defendant filed their motion to dismiss plaintiff's second, third, and fourth causes of action and request to strike plaintiff's prayer for punitive damages and attorney's fees. Due to negotiations to remand the present action to state court, the parties stipulate to extend the deadline to file the opposition from January 3, 2025, to January 24, 2025.

**IT IS SO STIPULATED.**

| THE POWELL LAW FIRM | SPENCER FANE LLP |
|---|---|
| By:/s/ Jonathan Powell | By:/s/ Mary E. Bacon |
| Paul D. Powell (7488) | Mary E. Bacon (12686) |
| Jonathan Powell (9153) | Jessica E. Chong (13845) |
| Attorneys for Plaintiff | Attorneys for Defendant |

**ORDER**

**IT IS SO ORDERED:** that the deadline for plaintiff to oppose defendant's motion to dismiss plaintiff's second, third, and fourth causes of action and request to strike plaintiff's prayer for punitive damages and attorney's fees is extended to January 24, 2025.

Dated this __6__ day of January, 2025.

_____
Gloria M. Navarro
United States District Judge