Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: mbacon@spencerfane.com
jchong@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRANDON ANDREWS, an individual,

Plaintiff,

vs.

USAA CASUALTY INSURANCE COMPANY, a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,

Defendants.

Case No.: 2:24-cv-02333-GMN-NJK

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR USAA CASUALTY INSURANCE COMPANY TO OPPOSE PLAINTIFF'S MOTION TO REMAND**

**(FIRST REQUEST)**

On December 27, 2024, Plaintiff filed his Motion to Remand. Since that time, the parties have engaged in negotiations to remand this case and submit to the jurisdiction of the State Court's mandatory arbitration program. As a result of that framework, Brandon Andrews, by and through his counsel, The Powell Law Firm, and Defendant, by and though its counsel, Spencer Fane, LLP, hereby stipulate to extend the deadline to file the opposition from January 10, 2025, to January 24, 2025. This is the parties' first request for an extension and not intended for purposes of delay. Instead, it is intended in the interest of judicial economy as the parties believe they will be successful in resolving this issue without court intervention.

**IT IS SO STIPULATED.**

**THE POWELL LAW FIRM**

*/s/ Jonathan Powell*
Paul D. Powell, Esq.
Nevada Bar No. 7488
Jonathon C. Roberts, Esq.
Nevada Bar No. 13573
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**SPENCER FANE LLP**

*/s/ Mary E. Bacon*
Mary E. Bacon, Esq.
Nevada Bar No. 12686
Jessica E. Chong, Esq.
Nevada Bar No. 13845
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for USAA Casualty Insurance Company*

**ORDER**

IT IS SO ORDERED.

United States District Court Judge