Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
        jchong@spencerfane.com

*Attorneys for Defendant USAA*
*Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **BRANDON ANDREWS**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**USAA CASUALTY INSURANCE COMPANY**, a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02333-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendant, USAA Casualty Insurance Company ("Defendant"), by and through their counsel Spencer Fane LLP and Plaintiff, Brandon Andrews ("Plaintiff"), by and through his counsel, The Paul Powell Law Firm, hereby stipulate and agree to dismiss Plaintiff's Complaint with prejudice. Each party will bear its own fees and costs.

/ / /

/ / /

/ / /

/ / /

1  Dated this 24th day of February, 2025.        Dated this 24th day of February, 2025.

2     THE POWELL LAW FIRM                          SPENCER FANE LLP

3     /s/ Jonathan Powell                          /s/ Mary Bacon
4     Paul D. Powell, Esq.                         Mary E. Bacon, Esq.
      Nevada Bar No. 7488                          Nevada Bar No. 12686
5     Jonathan Powell, Esq.                        Jessica E. Chong, Esq.
      Nevada Bar No. 9153                          NV Bar No. 13845
6     8918 Spanish Ridge Avenue, Ste. 100          300 South Fourth Street, Suite 1600
7     Las Vegas, Nevada 89148                      Las Vegas, Nevada 89101
      *Attorneys for Plaintiffs*                   *Attorneys for Defendant*
8                                                  *USAA Casualty Insurance Company*

9

10

11                                       **ORDER**

12

13    IT IS SO ORDERED.
      Dated this __25__ day of February, 2025.
14                                        _____
15                                            DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27
                                      2                    Case No. 2:24-cv-02333-GMN-NJK
28